Fill in this information to identify the case:

Debtor name: **Mountain Recovery LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bakhtiyor Berdiyev** c/o Ty Gee Haddon Morgan and Foreman PC 150 E. 10th Ave. Denver, CO 80203 | | **Fraud Complaint** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Colorado Department Of Revenue Tax Audit Compliance Div. 1375 Sherman St Denver, CO 80203-2246** | | **Notice purposes only** | | | | **Unknown** |
| **Eagle Vail Towing LLC** c/o Ty Gee Haddon Morgan and Foreman PC 150 E. 10th Ave. Denver, CO 80203 | | **Fraud Complaint** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **FirstBank 11 W. Beaver Creek Blvd. Avon, CO 81620** | | | | | | **$24,000.00** |
| **Internal Revenue Service 1999 Broadway MS 5012 DEN Denver, CO 80202** | | **Notice purposes only** | | | | **Unknown** |
| **Jakhongir Berdiev** c/o Ty Gee 150 E. 10th Ave. Denver, CO 80203 | | **Fraud Complaint** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Debtor **Mountain Recovery LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ute Creek Industrial Park LLC**<br>**c/o Steve Jouflas**<br>**POB 125**<br>**Wolcott, CO 81655** | | **Impound Lease** | | | | $12,000.00 |