**Fill in this information to identify the case:**

Debtor name **Mountain Recovery LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **22-12421**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 22, 2022**

*X* **/s/ Charles Stubblefield**
Signature of individual signing on behalf of debtor

**Charles Stubblefield**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Mountain Recovery LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **22-12421**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ _____ 688,505.14

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $ _____ 688,505.14

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____ 17,000.00

4.    **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b    $ _____ 17,000.00

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Mountain Recovery LLC** | |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO | |
| Case number (if known) **22-12421** | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **1st Bank account (frozen - believe has negative balance but do not have access to confirm)** | **Business Checking** | **7679** | **Unknown** |
| 3.2. **Credit Union of Colorado** | **Business Checking** | **4430** | **$21,090.84** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$21,090.84** |

### Part 2:      Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. **$5,000 deposits on 4 heavy wreckers ordered from Zip's Truck Equipment** | **$20,000.00** |
|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Mountain Recovery LLC**                                    Case number *(if known)*  **22-12421**
_____Name_____

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$20,000.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Miscellaneous property used for roadside repairs including tires, brake chambers, fuel pumps, air lines, tire chains, heavy duty coolant, and diesel exhaust fluid.** | | **Unknown** | | **$12,500.00** |

| 23. | **Total of Part 5.** | **$12,500.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Mountain Recovery LLC**                          Case number *(If known)* **22-12421**
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 monitors, 1 computer, 1 printer, 2 iPads | **Unknown** | | **$2,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $2,000.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Lease #5304: 2022 Freightliner M2 VIN: 1FVACWFC2NHNG3043 w/Century 21.5' Steel 12 Series SN: ST12L2B220754 And All Related Equipment. Payments due under lease with buyout will total $175,133.19. Value listed is estimated equity as of the petition date.** | **Unknown** | **Recent cost** | **$20,224.53** |

| Debtor | **Mountain Recovery LLC** | Case number *(If known)* **22-12421** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2022 GMC 3500 HD. Modified. 25,000 miles.** | **Unknown** | | $50,000.00 |
| 47.3. | **2015 GMC 3500 HD (Titled in Charles & Sarah Stubblefield's names but 100% used by Debtor). Modified. 220,000 miles.** | **Unknown** | | $20,000.00 |
| 47.4. | **2015 Audi Q7. 100,000 miles.** | **Unknown** | | $15,000.00 |
| 47.5. | **Equipment trailer.** | **Unknown** | | $4,500.00 |
| 47.6. | **Lease #5263: 2015 Kenworth T880W VIN: 1XKDP4TX1FJ457193 w/Holmes DTU SN: DTU3K217352 w/Landoll 53' Sliding Tri-Axle Trailer 455B Sliding Tri-Axle Trailer SN: 1LH455WJ8N1B32491 And All Related Equipment.  Payments due under lease with buyout will total $615,253.67.  Value listed is estimated equity as of the petition date.** | **Unknown** | **Recent cost** | $97,988.10 |
| 47.7. | **Lease #5090: 2015 Kenworth T800 VIN: 1NKDX4TX2FJ448836 w/ Jerr-Dan HDR 1000-565 60 Ton Rotator Wrecker SN: 0230002364 And All Related Equipment. Payments due under lease with buyout will total $886,839.64.  Value listed is estimated equity as of the petition date.** | **Unknown** | **Recent cost** | $151,846.46 |
| 47.8. | **Lease #4912: 2021 Kenworth T880 w/ 40" Sleeper VIN: 1NKZL49X1MJ439625 w/Century 5130 25 Ton Wrecker SN: 5130-1716-G20 And All Related Equipment.  Payments due under lease with buyout will total $581,886.83.  Value listed is estimated equity as of the petition date.** | **Unknown** | **Recent cost** | $121,833.20 |
| 47.9. | **Lease #5125: 2021 Freightliner M2EC VIN: 1FVACXFE7MHML3897 w/ 16' DV-03 Aluminum Dry Van Body SN: 46265 And All Related Equipment. Payments due under lease with buyout will total $175,251.51.  Value listed is estimated equity as of the petition date.** | **Unknown** | **Recent cost** | $41,247.86 |
| 47.10. | **Lease #5305: 2022 Freightliner M2 VIN: 1FVACWFC4NHNG3044 w/Century 21.5' Steel 12 Series SN: ST12L2B220755 and All Related Equipment.  Payments due under lease with buyout will total $175,994.39.  Value listed is estimated equity as of the petition date.** | **Unknown** | **Recent cost** | $20,323.81 |

| Debtor | **Mountain Recovery LLC** | Case number *(If known)* **22-12421** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.11. | **Lease #4942: 2021 Freightliner M2EC VIN: 1FVACWFC7MHMU7808 w/Century 21' 6" 12 Series LCG Steel Rollback Car Carrier w/Wheel Lift SN: ST12L2MAR21793 and All Related Equipment.  Payments due under lease with buyout will total $142,208.60.  Value listed is estimated equity as of the petition date.** | Unknown | Recent cost | $39,950.34 |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| | Rigging (on trucks and at yard) | Unknown | $25,000.00 |
| | Power tools (not stolen) | Unknown | $15,000.00 |
| | 15 radios, 15 scanners, and 15 dash cameras. | Unknown | $7,500.00 |
| | Hand tools | Unknown | $2,500.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $632,914.30 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Mountain Recovery LLC**                                    Case number *(If known)*   **22-12421**
          Name

          **Mountain Recovery logo and brand**                        **Unknown**                        **Unknown**

| 61. | **Internet domain names and websites** |  |  |
| --- | --- | --- | --- |
|  | mountainrecovery.com | **Unknown** | **Unknown** |
|  | mountaintowing.com | **Unknown** | **Unknown** |

| 62. | **Licenses, franchises, and royalties** |  |  |
| --- | --- | --- | --- |
| 63. | **Customer lists, mailing lists, or other compilations** |  |  |
|  | **Customer list** | **Unknown** | **Unknown** |

| 64. | **Other intangibles, or intellectual property** |  |  |
| --- | --- | --- | --- |
|  | **844-I70-HERO** | **Unknown** | **$0.00** |

65.    **Goodwill**

66.    **Total of Part 10.**                                                                           **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                       **Current value of
                                                                       debtor's interest**

| 71. | **Notes receivable** |  |  |
| --- | --- | --- | --- |
|  | Description (include name of obligor) |  |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)** |  |  |
|  | Description (for example, federal, state, local) |  |  |
|  | **Debtor may have 2021 NOL** | Tax year | **Unknown** |

73.    **Interests in insurance policies or annuities**

Debtor   **Mountain Recovery LLC**                                    Case number *(If known)*  **22-12421**
         Name

|  |  |
|---|---:|
| **Amguard Insurance Company (CGL, Auto, Property, Garagekeeper, On Hook &/or Cargo)** | **$0.00** |
| **Pinnacol Assurance (Worker's Comp)** | **$0.00** |

| | | |
|---|---|---:|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Claim for 7/7/22 (post-petition) theft of $18,000 worth of power tools** | **Unknown** |
| | **Nature of claim** | |
| | **Amount requested**                    **$0.00** | |

| | | |
|---|---|---:|
| | **Potential counterclaims in Case No. 22CV30099 (Amount requested listed as $0.00 because counterclaims not filed as of petition date; damages could exceed $1 million).** | **Unknown** |
| | **Nature of claim** | |
| | **Amount requested**                    **$0.00** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| | | |
|---|---|---:|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Mountain Recovery LLC**
          <sub>Name</sub>                                              Case number *(If known)* **22-12421**

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,090.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $632,914.30 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $688,505.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $688,505.14 |

**Fill in this information to identify the case:**

Debtor name  **Mountain Recovery LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  **22-12421**

☐ Check if this is an
   amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Mountain Recovery LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **22-12421**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address<br>**Colorado Department Of Revenue**<br>**Tax Audit Compliance Div.**<br>**1375 Sherman St**<br>**Denver, CO 80203-2246** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes only** |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Mountain Recovery LLC**                                              Case number (if known)   **22-12421**
_____
Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bakhtiyor Berdiyev**
**41290 Highway 6**
**Avon, CO 81620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contested litigation claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Eagle Vail Towing LLC**
**41290 Highway 6**
**Avon, CO 81620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contested litigation claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |

**FirstBank**
**11 W. Beaver Creek Blvd.**
**Avon, CO 81620**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **June 2022**

Last 4 digits of account number _

Basis for the claim:  **Overdrawn account as a result of TRO.  Amount is estimated because cannot access account.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jakhongir Berdiev**
**41290 Highway 6**
**Avon, CO 81620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contested litigation claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,000.00** |

**Ute Creek Industrial Park LLC**
**c/o Steve Jouflas**
**POB 125**
**Wolcott, CO 81655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Impound Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bakhtiyor Berdiyev**<br>**6525 Gunpark Dr., Suite 320**<br>**Boulder, CO 80301** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Colorado Attorney General**<br>**1300 Broadway, 10th Floor**<br>**Denver, CO 80203** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Mountain Recovery LLC**                              Case number (if known)   **22-12421**
         _____
         Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Colorado Department of Revenue**<br>**PO Box 17087**<br>**Denver, CO 80217** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Eagle Vail Towing LLC**<br>**POB 5571**<br>**Dillon, CO 80435** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Ty Gee, Esq.**<br>**Haddon, Morgan and Foreman, P.C.**<br>**950 Seventeenth Street, Suite 1000**<br>**Denver, CO 80202** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Ty Gee, Esq.**<br>**Haddon. Morgan and Foreman, P.C.**<br>**950 Seventeenth Street, Suite 1000**<br>**Denver, CO 80202** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Ty Gee, Esq.**<br>**Haddon, Morgan and Foreman, P.C.**<br>**950 Seventeenth Street, Suite 1000**<br>**Denver, CO 80202** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **U.S. Attorney General**<br>**c/o Civil Clerk**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **U.S. Attorney, District of Colorado**<br>**c/o Civil Clerk**<br>**1225 17th Street, Suite 700**<br>**Denver, CO 80202** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  17,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  17,000.00 |

**Fill in this information to identify the case:**

Debtor name   **Mountain Recovery LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **22-12421**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Equipment Use Agreement** | |
| State the term remaining | **BCQK, LLC** |
| List the contract number of any government contract | **1000 Lions Ridge Loop** **Vail, CO 81657** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Silverthorne office.** | |
| State the term remaining | **Benjamin Franklin Plumbing** |
| List the contract number of any government contract | **325 Lake Dillon Drive** **Dillon, CO 80435** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Impound Lease, entered 9/20.  Renews annually.** | |
| State the term remaining   **2 months** | **Ute Creek Industrial Park LLC** **c/o Steve Jouflas** |
| List the contract number of any government contract | **POB 125** **Wolcott, CO 81655** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **2022 Freightliner M2 VIN: 1FVACWFC2NHNG3043 w/Century 21.5' Steel 12 Series SN: ST12L2B220754 And All Related Equipment (Lease #5304)** | |
| State the term remaining   **4 years, 11 months** | **Zip's Truck Equipment** **315 W. Milwaukee St.** **New Hampton, IA 50659** |
| List the contract number of any | |

| Debtor 1 | **Mountain Recovery LLC** | | | Case number *(if known)* | **22-12421** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Kenworth T880W VIN: 1XKDP4TX1FJ457193 w/Holmes DTU SN: DTU3K217352 w/Landoll 53' Sliding Tri-Axle Trailer 455B Sliding Tri-Axle Trailer SN: 1LH455WJ8N1B32491 And All Related Equipment (Lease #5263)** | |
|---|---|---|---|
| | State the term remaining | **4 years, 9 months** | |
| | List the contract number of any government contract | | **Zip's Truck Equipment<br>315 W. Milwaukee St.<br>New Hampton, IA 50659** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Kenworth T800 VIN: 1NKDX4TX2FJ448836 w/ Jerr-Dan HDR 1000-565 60 Ton Rotator Wrecker SN: 0230002364 And All Related Equipment (Lease #5090)** | |
|---|---|---|---|
| | State the term remaining | **6 years, 5 months** | |
| | List the contract number of any government contract | | **Zip's Truck Equipment<br>315 W. Milwaukee St.<br>New Hampton, IA 50659** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Kenworth T880 w/ 40" Sleeper VIN: 1NKZL49X1MJ439625 w/Century 5130 25 Ton Wrecker SN: 5130-1716-G20 And All Related Equipment (Lease #4912)** | |
|---|---|---|---|
| | State the term remaining | **6 years** | |
| | List the contract number of any government contract | | **Zip's Truck Equipment<br>315 W. Milwaukee St.<br>New Hampton, IA 50659** |

| Debtor 1 | **Mountain Recovery LLC** | | | Case number *(if known)* | **22-12421** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Freightliner M2EC VIN: 1FVACXFE7MHML3897 w/ 16' DV-03 Aluminum Dry Van Body SN: 46265 And All Related Equipment (Lease #5125)** | |
|---|---|---|---|
| | State the term remaining | **4 years, 5 months** | |
| | List the contract number of any government contract | | **Zip's Truck Equipment** **315 W. Milwaukee St.** **New Hampton, IA 50659** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Freightliner M2 VIN: 1FVACWFC4NHNG3044 w/Century 21.5' Steel 12 Series SN: ST12L2B220755 and All Related Equipment (Lease #5305)** | |
|---|---|---|---|
| | State the term remaining | **4 years, 11 months** | |
| | List the contract number of any government contract | | **Zip's Truck Equipment** **315 W. Milwaukee St.** **New Hampton, IA 50659** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Freightliner M2EC VIN: 1FVACWFC7MHMU7808 w/Century 21' 6" 12 Series LCG Steel Rollback Car Carrier w/Wheel Lift SN: ST12L2MAR21793 and All Related Equipment (Lease #4942)** | |
|---|---|---|---|
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **Zip's Truck Equipment** **315 W. Milwaukee St.** **New Hampton, IA 50659** |

**Fill in this information to identify the case:**

Debtor name   **Mountain Recovery LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **22-12421**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Aaron Elliot** | **301 S. 10th Street, #491 Kremmling, CO 80459** | **Bakhtiyor Berdiyev** | ☐ D _____ <br> ■ E/F __**3.1**__ <br> ☐ G _____ |
| 2.2 | **Aaron Elliot** | **301 S. 10th Street, #491 Kremmling, CO 80459** | **Jakhongir Berdiev** | ☐ D _____ <br> ■ E/F __**3.4**__ <br> ☐ G _____ |
| 2.3 | **Aaron Elliot** | **301 S. 10th Street, #491 Kremmling, CO 80459** | **Eagle Vail Towing LLC** | ☐ D _____ <br> ■ E/F __**3.2**__ <br> ☐ G _____ |
| 2.4 | **BCQK, LLC** | **1000 Lions Ridge Loop Vail, CO 81657** | **Bakhtiyor Berdiyev** | ☐ D _____ <br> ■ E/F __**3.1**__ <br> ☐ G _____ |
| 2.5 | **BCQK, LLC** | **1000 Lions Ridge Loop Vail, CO 81657** | **Jakhongir Berdiev** | ☐ D _____ <br> ■ E/F __**3.4**__ <br> ☐ G _____ |

| Debtor | **Mountain Recovery LLC** | Case number *(if known)* | **22-12421** |

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **BCQK, LLC** | 1000 Lions Ridge Loop<br>Vail, CO 81657 | **Eagle Vail Towing**<br>**LLC** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.7 | **Charles**<br>**Stubblefield** | 1000 Lions Ridge Loop<br>Vail, CO 81657 | **Bakhtiyor Berdiyev** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.8 | **Charles**<br>**Stubblefield** | 1000 Lions Ridge Loop<br>Vail, CO 81657 | **Jakhongir Berdiev** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.9 | **Charles**<br>**Stubblefield** | 1000 Lions Ridge Loop<br>Vail, CO 81657 | **Eagle Vail Towing**<br>**LLC** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.10 | Jonathan Miskew | 82 Kings Court<br>Silverthorne, CO 80498 | **Bakhtiyor Berdiyev** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.11 | Jonathan Miskew | 82 Kings Court<br>Silverthorne, CO 80498 | **Jakhongir Berdiev** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.12 | Jonathan Miskew | 82 Kings Court<br>Silverthorne, CO 80498 | **Eagle Vail Towing**<br>**LLC** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.13 | **Sarah**<br>**Stubblefield** | 1000 Lions Ridge Loop<br>Vail, CO 81657 | **Bakhtiyor Berdiyev** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |

---

| Debtor | **Mountain Recovery LLC** | Case number *(if known)* | **22-12421** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Sarah Stubblefield** | **1000 Lions Ridge Loop** **Vail, CO 81657** | **Jakhongir Berdiev** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.15 | **Sarah Stubblefield** | **1000 Lions Ridge Loop** **Vail, CO 81657** | **Eagle Vail Towing LLC** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Mountain Recovery LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **22-12421**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,660,515.00** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,283,092.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **Mountain Recovery LLC** | Case number *(if known)* **22-12421** |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Eagle Vail Towing LLC**<br>**41290 Highway 6**<br>**Avon, CO 81620** | **3 leased vehicles surrendered pursuant to pre-petition TRO.** | **June 2022** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fast Trac Transportation LLC v. Mountain Recovery LLC et al.**<br>**2021CV030143** | **Dispute relating to impound.** | **Garfield County District Court**<br>**109 8th Street**<br>**Glenwood Springs, CO 81601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Eagle Vail Towing, LLC et al. v. Stubblefield et al.**<br>**2022CV30099** | **Assorted torts, injunctive relief** | **Eagle County District Court**<br>**855 Chambers Avenue**<br>**Eagle, CO 81631** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   Certain Gifts and Charitable Contributions

| Debtor | **Mountain Recovery LLC** | Case number *(if known)* | **22-12421** |
| --- | --- | --- | --- |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C.**<br>**2580 West Main Street**<br>**Suite 200**<br>**Littleton, CO 80120** | **Retainer ($1,738 applied to filing fee and $2,992.50 billed pre-filing for legal services.  Firm holding balance of $22,007.50).** | | **$26,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

Debtor   **Mountain Recovery LLC**                                      Case number *(if known)* **22-12421**

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **480 Adams Avenue**<br>**Silverthorne, CO 80498** | **7/21-4/22** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Mountain Recovery LLC** | Case number *(if known)* | **22-12421** |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **954 Ute Creek Road** | **Charles Stubblefield** | **Impound lot** | ☐ No ■ Yes |
| **Vacant Lot - Copper Mountain** | **Charles Stubblefield** | **2 shipping containers (locked) with miscellanous tools.** | ☐ No ■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **Mountain Recovery LLC**                                    Case number *(if known)*  **22-12421**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
        within 2 years before filing this case.

    ☐ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.   **Zip's Truck Equipment**<br>**315 W. Milwaukee St.**<br>**New Hampton, IA 50659** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
    in control of the debtor at the time of the filing of this case.**

Debtor   **Mountain Recovery LLC**                                           Case number *(if known)*   **22-12421**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Stubblefield | 1000 Lions Ridge Loop Vail, CO 81657 | Member/Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Aaron Elliott | 301 S. 10th Street, #491 Kremmling, CO 80459 | 5% | 6/22-7/22 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jonathan Miskew | 82 Kings Court Silverthorne, CO 80498 | 5% | 6/22-7/22 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Charles Stubblefield | TBD (FirstBank will not permit access to electronic bank records that include amounts; have requested hard copies and will amend upon receipt) | 1 yr prior to filing | Compensation |
| | Relationship to debtor Member/manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **Mountain Recovery LLC** | Case number *(if known)* | **22-12421** |
| --- | --- | --- | --- |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2022**

**/s/ Charles Stubblefield**                                **Charles Stubblefield**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes